IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHEILA M. BARKER                                                                            PLAINTIFF

v.                      Case No. 2:10-CV-02069

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                      DEFENDANT

## O R D E R

On this 26th day of August 2011, there comes on for consideration the Report and Recommendation (Doc. 12) filed in this case on April 29, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: Although substantial evidence in the record may also have supported a contrary outcome, the Commissioner's findings are nonetheless supported by substantial evidence in the record as a whole. Therefore, the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 26th day of August 2011.

                                                                  /s/ P. K. Holmes, III
                                                                  P.K. HOLMES, III
                                                                  UNITED STATES DISTRICT JUDGE